JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JASON ALTAAN,

Plaintiff,

v.

JUICY COUTURE, INC., et al.,

Defendants.

Case Number: 2:17−cv−06965−AB−PLA
*Hon. André Birotte, Jr. Presiding*

**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION**

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The Action is dismissed *with prejudice*; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

IT IS SO ORDERED.

Date: May 23, 2018        By: _____
                          HON. ANDRÉ BIROTTE JR.
                          UNITED STATES DISTRICT JUDGE